**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

RIVERKEEPER, INC.,

                        Plaintiff,          1:20-CV-01025
    v.                                                (GTS/CFH)

COEYMANS RECYCLING CENTER LLC,
COEYMANS RECYCLING CENTER II, LLC,
CARVER LARAWAY,

                        Defendants.

---

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| Super Law Group, LLC<br>222 Broadway, 22nd Floor<br>New York, New York 10038<br>Attorneys for plaintiff | EDAN ROTENBERG, ESQ.<br>JULIA KATHRYN MUENCH, ESQ. |
| Young, Sommer Law Firm<br>Executive Woods<br>5 Palisades Drive<br>Albany, New York 12205<br>Attorneys for defendants | JOSEPH F. CASTIGLIONE, ESQ. |

## DECISION & ORDER

    Plaintiff Riverkeeper, Inc. filed a motion to compel defendants to allow wet site visits and for the imposition of sanctions. See Dkt. No. 116. Defendants filed a response in opposition to that motion. See Dkt. No. 124. Plaintiff filed a reply. See Dkt. No. 129.

    On April 20, 2024, the Court conducted an in person, on-the-record conference with counsel for all parties. See Text Min. Entry dated Apr. 30, 2024. As directed

1

during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby

**ORDERED** that:

(1) Plaintiff's request for an order compelling defendants to allow plaintiff to conduct wet weather (Dkt. No. 116) visits is **GRANTED** to the extent that plaintiff may conduct two (2) wet weather visits of eight (8) hours in length each.  Plaintiff shall provided defendants with seventy-two hours advance notice before any wet site visit is to be conducted.  If plaintiff wishes to cancel a scheduled wet weather visit, plaintiff is to provide twelve-hours advance notice of such cancellation to defendants by e-mail;

(2) In order to effectuate the scheduling of such visits, counsel shall exchange their schedules every two weeks until all visits have occurred;

(3) Plaintiff's motion seeking the imposition of sanctions (Dkt. No. 116) is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 2, 2024
      Albany, New York

Christian F. Hummel
U.S. Magistrate Judge